```
                                              FILED
                                         08 JAN -9 PM 3:19

                                         BY:     PDC    DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury   **08 CR 0091 L**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal Case No. _____ |
| Plaintiff, | ) |
|  | ) I N D I C T M E N T |
| v. | ) |
|  | ) Title 21, U.S.C., Secs. 952 and |
| ISAAC NAVARRO-LOMELI, | ) 960 - Importation of Marijuana; |
|  | ) Title 21, U.S.C., Sec. 841(a)(1) - |
| Defendant. | ) Possession of Marijuana with |
|  | ) Intent to Distribute |

The grand jury charges:

<u>Count 1</u>

On or about November 28, 2007, within the Southern District of California, defendant ISAAC NAVARRO-LOMELI did knowingly and intentionally import approximately 46.46 kilograms (approximately 102.21 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//

WDK:em:Imperial
1/3/08



<u>Count 2</u>

On or about November 28, 2007, within the Southern District of California, defendant ISAAC NAVARRO-LOMELI did knowingly and intentionally possess, with intent to distribute, approximately 46.46 kilograms (approximately 102.21 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: January 9, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CARLA J. BRESSLER
Assistant U.S. Attorney