```
                                          FILED
                                       08 JAN -9 PM 3:19

                                       BY:    PDL    DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 CR 0091 L

| UNITED STATES OF AMERICA, | ) Criminal Case No. _____ |
|---|---|
| Plaintiff, | ) |
| v. | ) NOTICE OF RELATED CASE |
| ISAAC NAVARRO-LOMELI, | ) |
| Defendant. | ) |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to United States of America v. Isaac Navarro-Lomeli, Criminal Case No. 07CR3447-L.

DATED: January 9, 2008.

KAREN P. HEWITT
United States Attorney

DOUGLAS KEEHN
Assistant U.S. Attorney

