**ROBERT R. HENSSLER, JR.**
California Bar No. 216165
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
Telephone: (619) 234-8467

Attorneys for Mr. Isaac Navarro-Lomeli

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE L. JAMES LORENZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08CR0091-L |
| Plaintiff, | Date: February 19, 2008<br>Time: 2:00 p.m. |
| v. | NOTICE OF MOTIONS AND MOTIONS TO:<br>1) COMPEL DISCOVERY;<br>2) PRESERVE EVIDENCE; |
| ISAAC NAVARRO-LOMELI, | 3) DISMISS INDICTMENT DUE TO<br>IMPROPER GRAND JURY; |
| Defendant. | 4) SUPPRESS STATEMENTS;<br>5) DISMISS INDICTMENT DUE TO<br>UNCONSTITUTIONAL STATUTE; AND<br>6) GRANT LEAVE TO FILE FURTHER MOTIONS |

**PLEASE TAKE NOTICE** that on February 19, 2008, at 2:00 p.m. or as soon thereafter as counsel may be heard, Isaac Navarro-Lomeli, by and through counsel, Robert R. Henssler Jr., and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

//
//
//
//
//
//
//

## MOTIONS

Isaac Navarro-Lomeli, by and through counsel, Robert R. Henssler Jr., and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to:

(1)    Compel discovery;

(2)    Preserve evidence;

(3)    Dismiss the indictment due to improper grand jury;

(4)    Suppress statements;

(5)    Dismiss indictment due to unconstitutional statute;

(6)    Grant leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

/s/ *Robert R. Henssler, Jr.*

Dated: February 5, 2008

**ROBERT R. HENSSLER JR.**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Navarro-Lomeli

08CR0091-L

**CERTIFICATE OF SERVICE**


        Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his

information and belief, and that a copy of the foregoing document has been served this day upon:

**Aaron B Clark**
United States Attorney's Office
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-6787
Fax: (619)235-2757
Email: aaron.clark@usdoj.gov


Dated: February 5, 2008                              _____*/s/  Robert R. Henssler*_____
                                                     ROBERT R. HENSSLER, JR.
                                                     Federal Defenders of San Diego, Inc.
                                                     225 Broadway, Suite 900
                                                     San Diego, CA 92101-5030
                                                     (619) 234-8467  (tel)
                                                     (619) 687-2666  (fax)
                                                     e-mail: Robert_Henssler@fd.org