1  **ROBERT R. HENSSLER, JR.**
   California Bar No. 216165
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   Telephone: (619) 234-8467

4

5  Attorneys for Mr. Isaac Navarro-Lomeli

6

7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10                    **(HONORABLE LEO S. PAPAS)**

11 UNITED STATES OF AMERICA,        )    Case No. 08cr0091-L
                                    )
12              Plaintiff,          )    DATE:  August 22, 2006
                                    )    TIME:  9:00 a.m.
13 v.                               )
                                    )    **STIPULATION  TO  MODIFY**
14 ISAAC NAVARRO-LOMELI,            )    **CONDITIONS  OF  RELEASE  AND**
                                    )    **ORDER THEREON**
15              Defendant.          )
   _____)
16

17       **IT IS HEREBY STIPULATED AND AGREED BETWEEN THE PARTIES** that, for good

18 cause, the conditions of release be modified to allow Mr. Navarro-Lomeli to travel throughout the state of

19 California.

20       **IT IS SO STIPULATED.**

21 DATED:  _2\4\08_                    X _____
                                       ISAAC NAVARRO-LOMELI
22                                     Defendant

23 DATED:  January 22, 2008           _/s/ Robert R. Henssler_
                                       ROBERT R. HENSSLER JR
24                                     Federal Defenders of San Diego, Inc.
                                       Attorneys for Mr. Navarro-Lomeli
25

26 DATED:  January 22, 2008           _/s/ Aaron B. Clark_
                                       AARON B. CLARK
27                                     Assistant United States Attorney

28 H:\RRH\border busts\Navarro-Lomeli\stip from Ellis re modified pretrial release terms.wpd

# CERTIFICATE OF SERVICE

    Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his

information and belief, and that a copy of the foregoing document has been served this day upon:

**Aaron B Clark**
United States Attorney's Office
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-6787
Fax: (619)235-2757
Email: aaron.clark@usdoj.gov


Dated: February 6, 2008                          _/s/ Robert R. Henssler_
                                                 ROBERT R. HENSSLER, JR.
                                                 Federal Defenders of San Diego, Inc.
                                                 225 Broadway, Suite 900
                                                 San Diego, CA 92101-5030
                                                 (619) 234-8467  (tel)
                                                 (619) 687-2666  (fax)
                                                 e-mail: Robert_Henssler@fd.org