FILED
FEB 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LEO S. PAPAS)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 08cr0091-L |
| Plaintiff, ) | |
| v. ) | **ORDER MODIFYING** |
| ) | **CONDITIONS OF RELEASE** |
| ISAAC NAVARRO-LOMELI, ) | |
| Defendant. ) | |

**IT IS HEREBY ORDERED** that, for good cause, the conditions of release of Isaac Navarro-Lomeli be modified to allow Mr. Navarro-Lomeli to travel throughout the state of California.

**IT IS SO ORDERED.**

DATED:   February 7, 2008

_____
**HONORABLE LEO S. PAPAS**
United States Magistrate Judge