1 **ROBERT R. HENSSLER, JR.**
California Bar No. 216165
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
Telephone: (619) 234-8467

Attorneys for Mr. Isaac Navarro-Lomeli

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE L. JAMES LORENZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08CR0091-L |
| Plaintiff, | |
| v. | JOINT MOTION TO CONTINUE TRIAL |
| ISAAC NAVARRO-LOMELI, | |
| Defendant. | |

Good cause appearing, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Robert R. Henssler, Jr., and Federal Defenders of San Diego, Inc., counsel for Mr. Navarro-Lomeli, along with Assistant United States Attorney Aaron Clark, that the hearing currently set for April 7, 2008 at 10:00 a.m. be continued until June 9, 2008 at 10:00 a.m., and the trial currently set for April 8, 2008 at 9:00 be continued until June 10, 2008 at 9:00 a.m.

Respectfully submitted,

Dated: March 18, 2008         */s/ Robert R. Henssler*
                              **ROBERT R. HENSSLER, JR.**
                              Federal Defenders of San Diego, Inc.
                              Attorneys for Navarro-Lomeli

Dated: March 18, 2008         */s/ Aaron Clark*
                              **AARON CLARK**
                              Assistant United States Attorney

# CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**Aaron B Clark**
aaron.clark@usdoj.gov,Diana.Ortiz@usdoj.gov,efile.dkt.gc1@usdoj.gov

Dated: March 18, 2008         */s/ Robert R. Henssler, Jr.*
                              **ROBERT R. HENSSLER, JR.**
                              Federal Defenders of San Diego, Inc.
                              Attorneys for Mr. Navarro-Lomeli