UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE M. JAMES LORENZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08CR0091-L |
| Plaintiff, | ) | |
| v. | ) | ORDER TO CONTINUE TRIAL |
| ISAAC NAVARRO-LOMELI, | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the joint motion (docket no. 11) requesting the continuance of the hearing currently set for April 7, 2008 at 10:00 a.m. be continued until June 9, 2008 at 10:00 a.m., and the trial currently set for April 8, 2008 at 9:00 a.m. be continued until June 10, 2008 at 9:00 a.m.

**IT IS SO ORDERED.**

DATED: March 19, 2008

_____
M. James Lorenz
United States District Court Judge