

USA                                                                08cr0091-L

-v-

Navarro-Lomeli

# STRICKEN DOCUMENT

15-In Limine Motions

**15**