

USA                                                                                          08cr0091-L

-v-

Navarro-Lomeli

# STRICKEN DOCUMENT

**16-In Limine Motions**

**16**