1 **ROBERT R. HENSSLER, JR.**
California Bar No. 216165
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
Telephone: (619) 234-8467
4

5 Attorneys for Mr. Isaac Navarro-Lomeli

6

7

8                          UNITED STATES DISTRICT COURT

9                       SOUTHERN DISTRICT OF CALIFORNIA

10                         **(HONORABLE L. JAMES LORENZ)**

11 UNITED STATES OF AMERICA,            )   Case No. 08CR0091-L
                                        )
12          Plaintiff,                   )   DATE: June 9, 2008
                                        )   TIME: 10:00 a.m.
13 v.                                    )
                                        )   NOTICE OF MOTIONS IN LIMINE AND
14 ISAAC NAVARRO-LOMELI,                )   MOTINS IN LIMINE:
                                        )
15          Defendant.                   )   1) EXCLUDE EXPERT TESTIMONY ON THE
                                        )   STREET VALUE OF MARIJUANA;
16                                       )   2) EXCLUDE EXPERT TESTIMONY ABOUT
                                        )   THE STRUCTURE OF DRUG
17                                       )   ORGANIZATIONS;
                                        )   3) EXCLUDE EVIDENCE OF ALLEGED
18                                       )   "NERVOUSNESS" BY DEFENDANT;
                                        )   4) EXCLUDE ACTUAL BAGS OF MARIJUANA
19                                       )   FROM THE COURTROOM;
                                        )   5) PREVENT A COPY OF THE INDICTMENT
20                                       )   FROM BEING SUBMITTED DURING
                                        )   DELIBERATIONS;
21                                       )   6) EXCLUDE ANY 404(B) OR 609 EVIDENCE
                                        )   AS IMPROPER NOTICE HAS BEEN GIVEN;
22                                       )   7) EXCLUDE EVIDENCE OF "MUG SHOT"
                                        )   PHOTOS;
23                                       )   8) EXCLUDE POVERTY EVIDENCE;
                                        )   9) PROHIBIT VOUCHING BY PROSECUTION;
24                                       )   AND
                                        )   10) ALLOW ATTORNEY-CONDUCTED VOIR
25                                       )   DIRE.
                                        )   11) EXCLUDE MR. NAVARRO-LOMELI'S
26                                       )   VIDEOTAPED STATEMENTS BECAUSE ITS
                                        )   ADMISSION VIOLATES THE
27                                       )   CONFRONTATION CLAUSE AND INVADES
                                        )   THE PROVINCE OF THE JURY.
28                                       )   12) PREVENT THE GOVERNMENT FROM
                                        )   PRESENTING FRAGMENTED PORTIONS OF
   _____ )   MR. NAVARRO-LOMELI'S POST-ARREST
                                            STATEMENTS OUT OF CONTEXT

1 TO:    KAREN P. HEWITT, UNITED STATES ATTORNEY
        AARON B. CLARK, ASSISTANT UNITED STATES ATTORNEY

2

3        **PLEASE TAKE NOTICE** that on June 9, 2008 at 10:00 a.m. or as soon thereafter as counsel may

4 be heard, Isaac Navarro-Lomeli, by and through counsel, Robert R. Henssler Jr., and Federal Defenders of

5 San Diego, Inc., will ask this Court to enter an order granting the following motions in limine.

6                                          **MOTIONS**

7        Isaac Navarro-Lomeli, by and through counsel, Robert R. Henssler Jr., and Federal Defenders of San

8 Diego, Inc., pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other

9 applicable statutes, case law and local rules, hereby moves this Court for an order to:

10        1)  Exclude Expert Testimony on the Street Value of Marijuana;

11        2)  Exclude Expert Testimony about the Structure of Drug Organizations;

12        3)  Exclude Evidence of Alleged "Nervousness" by Defendant;

13        4)  Exclude Actual Bags of Marijuana from the Courtroom;

14        5)  Prevent a Copy of the Indictment from Being Submitted During Deliberations;

15        6)  Exclude Any 404(b) or 609 Evidence as Improper Notice Has Been Given;

16        7)  Exclude Evidence of "Mug Shot" Photos;

17        8)  Exclude Poverty Evidence;

18        9)  Prohibit Vouching by Prosecution; and

19        10) Allow Attorney-conducted Voir Dire.

20        11) Exclude Mr. Navarro-Lomeli's Videotaped Statements Because its Admission Violates the

21        Confrontation Clause and Invades the Province of the Jury.

22        12) Prevent the Government from Presenting Fragmented Portions of Mr. Navarro-Lomeli's Post-

23        arrest Statements out of Context

24 //

25 //

26 //

27 //

28 //

1    These motions are based upon the instant motions and notice of motions, the attached statement of

2  facts and memorandum of points and authorities, and all other materials that may come to this Court's

3  attention at the time of the hearing on these motions.

4                                                        Respectfully submitted,

5                                                        /s/ *Robert R. Henssler, Jr.*

6  Dated: May 23, 2008                                   **ROBERT R. HENSSLER JR.**
                                                         Federal Defenders of San Diego, Inc.
7                                                        Attorneys for Mr. Navarro-Lomeli

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2

3          Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his

4  information and belief, and that a copy of the foregoing document has been served this day upon:

5  **Aaron B Clark**
United States Attorney's Office
6  880 Front Street
Room 6293
7  San Diego, CA 92101
(619)557-6787
8  Fax: (619)235-2757
Email: aaron.clark@usdoj.gov
9

10

11  Dated: May 29, 2008                    _/s/  Robert R. Henssler_
ROBERT R. HENSSLER, JR.
12                                         Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
13                                         San Diego, CA 92101-5030
(619) 234-8467  (tel)
14                                         (619) 687-2666  (fax)
e-mail: Robert_Henssler@fd.org
15

16

17

18

19

20

21

22

23

24

25

26

27

28