1  **ROBERT R. HENSSLER, JR.**
   California Bar No. 216165
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   Telephone: (619) 234-8467
4

5  Attorneys for Mr. Isaac Navarro-Lomeli

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                   **(HONORABLE L. JAMES LORENZ)**

| | | |
|---|---|---|
| 11 | UNITED STATES OF AMERICA,           ) | Case No. 08CR0091-L |
| 12 | Plaintiff,       ) | DATE: June 9, 2008 |
| | ) | TIME: 10:00 a.m. |
| 13 | v.                                  ) | |
| | ) | NOTICE OF MOTIONS IN LIMINE AND |
| 14 | ISAAC NAVARRO-LOMELI,               ) | MOTINS IN LIMINE: |
| 15 | Defendant.       ) | 1) EXCLUDE EXPERT TESTIMONY ON THE STREET VALUE OF MARIJUANA; |
| 16 | ) | 2) EXCLUDE EXPERT TESTIMONY ABOUT THE STRUCTURE OF DRUG ORGANIZATIONS; |
| 17 | ) | 3) EXCLUDE EVIDENCE OF ALLEGED "NERVOUSNESS" BY DEFENDANT; |
| 18 | ) | 4) EXCLUDE ACTUAL BAGS OF MARIJUANA FROM THE COURTROOM; |
| 19 | ) | 5) PREVENT A COPY OF THE INDICTMENT FROM BEING SUBMITTED DURING DELIBERATIONS; |
| 20 | ) | 6) EXCLUDE ANY 404(B) OR 609 EVIDENCE AS IMPROPER NOTICE HAS BEEN GIVEN; |
| 21 | ) | 7) EXCLUDE EVIDENCE OF "MUG SHOT" PHOTOS; |
| 22 | ) | 8) EXCLUDE POVERTY EVIDENCE; |
| 23 | ) | 9) PROHIBIT VOUCHING BY PROSECUTION; AND |
| 24 | ) | 10) ALLOW ATTORNEY-CONDUCTED VOIR DIRE. |
| 25 | ) | 11) EXCLUDE MR. NAVARRO-LOMELI'S VIDEOTAPED STATEMENTS BECAUSE ITS ADMISSION VIOLATES THE CONFRONTATION CLAUSE AND INVADES THE PROVINCE OF THE JURY. |
| 26 | ) | |
| 27 | ) | |
| 28 | ) | 12) PREVENT THE GOVERNMENT FROM PRESENTING FRAGMENTED PORTIONS OF MR. NAVARRO-LOMELI'S POST-ARREST STATEMENTS OUT OF CONTEXT |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY
AARON B. CLARK, ASSISTANT UNITED STATES ATTORNEY

**PLEASE TAKE NOTICE** that on June 9, 2008 at 10:00 a.m. or as soon thereafter as counsel may be heard, Isaac Navarro-Lomeli, by and through counsel, Robert R. Henssler Jr., and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions in limine.

## MOTIONS

Isaac Navarro-Lomeli, by and through counsel, Robert R. Henssler Jr., and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to:

1) Exclude Expert Testimony on the Street Value of Marijuana;

2) Exclude Expert Testimony about the Structure of Drug Organizations;

3) Exclude Evidence of Alleged "Nervousness" by Defendant;

4) Exclude Actual Bags of Marijuana from the Courtroom;

5) Prevent a Copy of the Indictment from Being Submitted During Deliberations;

6) Exclude Any 404(b) or 609 Evidence as Improper Notice Has Been Given;

7) Exclude Evidence of "Mug Shot" Photos;

8) Exclude Poverty Evidence;

9) Prohibit Vouching by Prosecution; and

10) Allow Attorney-conducted Voir Dire.

11) Exclude Mr. Navarro-Lomeli's Videotaped Statements Because its Admission Violates the Confrontation Clause and Invades the Province of the Jury.

12) Prevent the Government from Presenting Fragmented Portions of Mr. Navarro-Lomeli's Post-arrest Statements out of Context

//
//
//
//
//

|   |   |
|---|---|
| 1 | These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and all other materials that may come to this Court's attention at the time of the hearing on these motions. |

Respectfully submitted,

/s/ *Robert R. Henssler, Jr.*

Dated: May 23, 2008

**ROBERT R. HENSSLER JR.**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Navarro-Lomeli

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**Aaron B Clark**
United States Attorney's Office
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-6787
Fax: (619)235-2757
Email: aaron.clark@usdoj.gov

Dated: May 29, 2008            /s/ Robert R. Henssler
ROBERT R. HENSSLER, JR.
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
e-mail: Robert_Henssler@fd.org